# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BELLA PEREZ,<br><br>            Petitioner,<br><br>     v.<br><br>D. ASUNCION, Warden,<br><br>            Respondent. | Case No. CV 16-7629-JVS (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 5, 2018

                                              JAMES V. SELNA
                                UNITED STATES DISTRICT JUDGE